UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Cordelle Miller
_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Lake County Jail
Officer Mascilino,
officer Murphy
officer Anderson
_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

RECEIVED
DEC 28 2015 EAG
12-28-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

15-cv-11746
Judge Jorge L. Alonso
Case Magistrate Judge Michael T. Mason
(To PC4 supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

__✓__  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS") ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Cordelle J. Miller

   B. List all aliases: _____

   C. Prisoner identification number: L# 121138

   D. Place of present confinement: Lake County Jail

   E. Address: PO Box 38 Waukegan, IL 60019

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Officer Mascilino
      Title: Correctional officer
      Place of Employment: Lake County Jail

   B. Defendant: Officer Murphy
      Title: Correctional officer
      Place of Employment: Lake County Jail

   C. Defendant: Officer Anderson
      Title: Correctional officer
      Place of Employment: Lake County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _N/A_

    B. Approximate date of filing lawsuit: _N/A_

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _N/A_

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

    F. Name of judge to whom case was assigned: _N/A_

    G. Basic claim made: _N/A_

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

    I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Nov 10, 2015 in Lake County Jail bullpin, Before Court I was place in there By Officer Mascilino with a person that killed my 15 year old brother. There's a approved keep separate by Lake County Jail Classification officer. By letting this happen Me & the keep separate got into a fight where my leg/knee got hurt. I was put in administrative segregation unit without any medical treatment until two day after on Nov 12, 2015. I'm the only person that was punish & put in administrative segregation lockdown for 23 hours minimum in a cell a day.

(2.) On Nov 21, 2015 around 7pm while I was still in administrative segregation unit I was on my hour out useing the Phone when officer Murphy, & Officer Anderson brought another inmate that a approved keep separate thru Jail Classification He attack Me with his dinner tray

4

Revised 9/2007

hitting me on my hand, & forearm which cause damage to my pinkey finger & my forearm. Similar to the first incident I didn't receive any medical treatment for several day. When I finally seen the docter I was put on pain med's and also had a splint put on my finger. Till this day my body parts that where hurt in these situation are still in alot of pain.

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the Court to make a Claim for the officers not protecting my safety and the injuries that I receive

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __16__ day of __Dec__, 20__15__

_Cordell Miller_
(Signature of plaintiff or plaintiffs)

_Cordell Miller_
(Print name)

_L121138_
(I.D. Number)

_PO Box 38 Waukegan, IL 60079_
(Address)

Revised 9/2007